EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte<br><br>Andrés Velázquez Jiménez | 2010 TSPR 165<br><br>179 DPR \_\_\_\_ |

Número del Caso: TS-3123

Fecha: 2 agosto de 2010

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Baja voluntaria al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

                          3123
Andrés Velázquez Jiménez


Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres.

RESOLUCIÓN

San Juan, Puerto Rico, a 2 de agosto de 2010

Examinada la Moción Solicitando Baja Voluntaria presentada por el Lcdo. Andrés Velázquez Jiménez, así como la comunicación de la Procuradora General, se autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                    Aida Ileana Oquendo Graulau
                  Secretaria del Tribunal Supremo